**BROWN et al. v. GROSSMAN et al.**

(City Court of New York, Special Term.   March 14, 1908.)

1. NEW TRIAL—SETTLEMENT OF PROPOSED CASE.
    The proposed case on which motion for new trial is made, being returned by the opposite party, should be submitted for settlement to the trial justice.
    [Ed. Note.—For cases in point, see Cent. Dig. vol. 37, New Trial, § 266.]

2. ACTION—STAY OF PROCEEDINGS—MOTION FOR NEW TRIAL—SETTLEMENT OF CASE.
    Pending settlement by the trial justice of the proposed case for defendant's motion for new trial, the verdict in favor of plaintiff, set aside by the court, having been reinstated on appeal, stay will be granted.

Action by Louis Brown and another against Fannie Grossman and another. Defendants move for a new trial and for a stay. Stay granted.

Gainsburg & Solomon, for plaintiffs.
Harvey C. Price, for defendants.

FINELITE, J.   Motion for a new trial upon a proposed case served upon plaintiff's attorneys, which, however, they have returned, and also for a stay. The jury having awarded a verdict in favor of the plaintiff, the court, on the rendition of said verdict, set same aside and dismissed the complaint. Plaintiff having appealed and said verdict having been reinstated (108 N. Y. Supp. 653), defendant now moves for a new trial at Special Term and for a stay pending the settlement of said case. The case should be submitted for settlement to the trial justice. However, I shall grant a stay until the matter is so disposed of by him.